THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
RALPH BRUZZANO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
FRANK A. FIORITA, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
LOUIS GARIBALDI, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JACK DE LUCA, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
VINCENT AIELLO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ANTHONY FIORE, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
NICHOLAS PERACCHIO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
FRED STABLER, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOHN FURIA, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CHARLES DONOFRIO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOSEPH DI NAPOLI, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
FRANK LE PORE, Appellant.

Argued January 4, 1951; decided January 18, 1951.

*Harry P. Bray* for appellants.

*George M. Fanelli, District Attorney* (*George D. Burchell* of counsel), for respondent.

Judgments reversed and informations dismissed upon the ground that the evidence adduced by the People was not sufficient to establish a violation of section 43 of the Penal Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.